# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KARA MAXWELL**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　**CASE NO. 3:20CV00408 PSH**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**　　　　　　　　　　　　**DEFENDANT**

## ORDER

Plaintiff Kara Maxwell's unopposed motion for additional time (docket entry no. 17) in which to file her brief is granted, and she is directed to submit her brief on or before October 7, 2021.

IT IS SO ORDERED this 7th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE