## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KARA MAXWELL**                                                                    **PLAINTIFF**

**VS.**                                **No. 3:20-cv-00408 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded

for further proceedings.  This is a "sentence four" remand within the meaning of

42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 20th day of December, 2021.

_____

UNITED STATES MAGISTRATE JUDGE