IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KARA MAXWELL**                                                                                       **PLAINTIFF**

VS.                              No.  3:20-cv-00408 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                          **DEFENDANT**

**ORDER**

Now before the Court is the plaintiff Kara Maxwell's ("Maxwell") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.  The motion is GRANTED, and the EAJA award in the amount of $5,257.67  ($5,237.60 in fees and $20.07 in expenses) is approved.  There is nothing unreasonable about the hours of work performed or the hourly rate requested.  Because the award belongs to Maxwell, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Maxwell, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 2$^{2ndt}$ day of March, 2022.

                                                                                                                                       
UNITED STATES MAGISTRATE JUDGE